UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DEANNA STAHL,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

Case No. 2:15-cv-01681-RFB-GWF

ORDER

### I. INTRODUCTION

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 20. For the reasons stated below, the motion is granted.

### II. DISCUSSION

The Court incorporates by reference the findings of undisputed fact and conclusions of law stated on the record at the hearing on August 25, 2017. For the reasons stated on the record, the Court finds that there remains no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law.

### III. CONCLUSION

Therefore, IT IS ORDERED, that Motion for Summary Judgment is GRANTED, and this case is dismissed. ECF No. 20. The Clerk is directed to enter judgment in favor of Defendant Target Corporation, and close this case.

DATED this 25th day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge