# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANNA STAHL, | Case No. 2:15-cv-01681-RFB-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

## I. INTRODUCTION

Before this Court comes Plaintiff's Motion for Retaxation of Costs [ECF No. 48]. This motion is granted.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 54(d) creates a presumption for the award of costs to a prevailing party in a civil case. A court may reduce the amount of costs upon consideration of the potential indigency of the losing party if that party is required to pay the full amount of costs. Stanley v. Univ. of S. California, 178 F.3d 1069, 1079-80 (9th Cir. 1999)

## III. DISCUSSION

The Court finds Plaintiff will be rendered indigent if the Court awards the current amount of costs, $4,341.27. The Court finds that the Defendant has not rebutted Plaintiff's assertions and numerical estimations as to her financial status in terms of her low fixed income, assets, disability and medical costs that exceed her assets. The Court also finds there is a significant financial disparity between the resources of the parties. The current amount of costs exceeds the Plaintiff's

monthly fixed income and she is disabled. The Plaintiff has no means of increasing her assets or income. Her low bank account balance represents her only discretionary asset in case of emergency for the rest of her life. And this asset is subject to reduction based upon claims related to her unpaid medical bills. Considering all of these factors, the Court reduces the costs to the amount of $500.00.

## II.     CONCLUSION

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Retaxation of Costs [ECF No. 48] is GRANTED. The amount of costs to be assessed to the Plaintiff is reduced to $500.00

DATED: September 19, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**